AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>FRIEDMAN, BERNARD A. | 2. Court or Organization<br><br>EASTERN DISTRICT OF MICHIGAN | 3. Date of Report<br><br>04/21/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>100 UNITED STATES COURTHOUSE<br>231 WEST LAFAYETTE BOULEVARD<br>DETROIT, MICHIGAN 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1982-pre | State of Michigan 48th District Court Pension Fund |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2010 MAY 12 A 9: 38 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/21/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Self-Employed Psychological Practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/21/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA AND PENSION ACCOUNT: 48TH DISTRICT COURT | | None | | | (Heading) | | | | |
| 2. Large Cap Blend/Victor Fund | A | Dividend | M | T | | | | | |
| 3. AIM Fund | A | Dividend | J | T | | | | | |
| 4. Templeton Foreign Fund | A | Dividend | K | T | | | | | |
| 5. STATE OF MICHIGAN 401 K | | None | | | (Heading) | | | | |
| 6. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 7. Am Fund Euro-Pacific | A | Dividend | J | T | | | | | |
| 8. Rainier Lg. Cap. (formerly Legg Mason) | A | Dividend | J | T | | | | | |
| 9. Fidelity Fund Manager Program Portfolio Advisory (IRA) | C | Div. | N | T | | | | | |
| 10. Lloyd's Mobile Home Ltd. P'ship Int. | B | Distribution | K | W | | | | | |
| 11. Archwood Apt. Assoc. Ltd. Partnership Interest | A | Distribution | K | W | | | | | |
| 12. Lighthouse Pte. Apt. Project Limited Partners | | None | K | W | | | | | |
| 13. Weathervane Apt. Assoc., a Ltd. Partnership | | None | K | W | | | | | |
| 14. Bellridge Apartment Assoc., Limited Partnership | | None | K | W | | | | | |
| 15. Kingsborough Ltd. P/S in Mobile Home Park | | None | K | W | | | | | |
| 16. High Country, Ltd. | A | Distribution | K | W | | | | | |
| 17. OLTC, Ltd. | | None | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank One | B | Dividend | J | T | | | | | |
| 19. Certificates of Deposit/Regular Savings - JP Morgan Chase | A | Interest | L | T | | | | | |
| 20. Nationwise Ins. Co. | A | Interest | K | T | | | | | |
| 21. U. S. Savings Bonds | B | Interest | K | T | | | | | |
| 22. (CAPTION) COMMON STOCKS | | None | | | (Heading) | | | | |
| 23. Pepsico | C | Dividend | N | T | | | | | |
| 24. Disney | A | Dividend | J | T | | | | | |
| 25. Kellogg | A | Dividend | K | T | | | | | |
| 26. Lockheed Martin | A | Dividend | J | T | | | | | |
| 27. CMS Energy | A | Dividend | J | T | | | | | |
| 28. NCR | A | Dividend | J | T | | | | | |
| 29. Teradata Corporation | | None | J | T | | | | | |
| 30. Target | A | Dividend | J | T | | | | | |
| 31. Wal-Mart | A | Dividend | J | T | | | | | |
| 32. Glimcher Realty Trust | A | Dividend | J | T | | | | | |
| 33. U. S. Bancorp | A | Dividend | J | T | | | | | |
| 34. Magellan Fund - Fidelity | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. (CAPTION) MUNICIPAL BONDS | | None | | | (Heading) | | | | |
| 36. Roseville MI Com. Schools | A | Interest | | | Redeemed | 05/01/09 | K | A | Merrill Lynch |
| 37. Rochester Hills MI Cap | A | Interest | | | Redeemed | 8/03/09 | L | A | Merrill Lynch |
| 38. Manistee MI Public Schools | A | Interest | | | Redeemed | 5/1/09 | K | A | Merrill Lynch |
| 39. MI Mun Bd. Auth Rev | A | Interest | K | T | | | | | |
| 40. Milan MI Schools | A | Interest | K | T | | | | | |
| 41. Michigan Comprehensive | A | Interest | | | Redeemed | 06/12/09 | J | A | Merrill Lynch |
| 42. White Cloud Michigan Public Schools | A | Interest | K | T | | | | | |
| 43. CD J. P. Morgan Chase | A | Interest | | | Redeemed | 04/09/09 | L | A | Merrill Lynch |
| 44. CD Am Trust Bank | A | Interest | | | Redeemed | 6/11/09 | L | A | Merrill Lynch |
| 45. Fed. Nat. Mtg. Ass. | A | Interest | | | Redeemed | 06/30/09 | K | A | Merrill Lynch |
| 46. ATT | A | Dividend | K | T | | | | | |
| 47. Am. Bal. Fund | A | Dividend | K | T | | | | | |
| 48. Waste Mgt. | A | Dividend | J | T | | | | | |
| 49. CD Banco Puerto Rico | A | Interest | L | T | Buy | 11/10/09 | L | | Merrill Lynch |
| 50. CD Banco Puerto Rico | A | Interest | L | T | Buy | 11/10/09 | L | | Merrill Lynch |
| 51. CD Discovery Bank | A | Interest | L | T | Buy | 11/10/09 | L | | Merrill Lynch |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MI St. Hosp. Authority *X | A | Interest | J | T | | 01/31/09 | J | | Inherited - Merrill Lynch |
| 53. Taylor County FL Sales Tax *X | A | Interest | K | T | | 01/31/09 | K | | Inherited - Merrill Lynch |
| 54. DC Ren *X | A | Interest | M | T | | 01/31/09 | M | | Inherited - Merrill Lynch |
| 55. White Cloud Pub Sch *X | A | Interest | K | T | | 01/31/09 | K | | Inherited - Merrill Lynch |
| 56. Baltimore County M/T *X | A | Interest | K | T | | 01/31/09 | K | | Inherited - Merrill Lynch |
| 57. Jasper Wtr Wks/Wts *X | A | Interest | K | T | | 01/31/09 | K | | Inherited - Merrill Lynch |
| 58. Metro Pea IL Ded Tax St *X | A | Interest | K | T | | 01/31/09 | K | | Inherited - Merrill Lynch |
| 59. Rich LD - Dean Bissm In *X | A | Interest | K | T | | 01/31/09 | K | | Inherited - Merrill Lynch |
| 60. Grand Rapids - Kent County *X | A | Interest | K | T | | 01/31/09 | K | | Inherited - Merrill Lynch |
| 61. ND St Mun Bd *X | A | Interest | K | T | | 01/31/09 | K | | Inherited - Merrill Lynch |
| 62. Utah Trans Aut Sales Tx *X | A | Interest | J | T | | 01/31/09 | K | | Inherited - Merrill Lynch |
| 63. Galveston Tx *X | A | Interest | K | T | | 01/31/09 | K | | Inherited - Merrill Lynch |
| 64. Tortoise Energy | A | Interest | J | T | Buy | 12/09/09 | J | | Merrill Lynch |
| 65. Merrill Lynch Managed Account | A | Interest | N | T | Buy | 10/01/09 | N | | Merrill Lynch |
| 66. (CAPTION) IRAs and SEPs | | None | | | (Heading) | | | | |
| 67. (CAPTION) FIDELITY CORP. IRA | | None | | | (Heading) | | | | |
| 68. Diversified International | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Appreciation Fund | A | Dividend | J | T | | | | | |
| 70. Stock Selector Fund | A | Dividend | J | T | | | | | |
| 71. Magellan | A | Dividend | J | T | | | | | |
| 72. (CAPTION) FIDELITY SEP/IRA | | None | | | (Heading) | | | | |
| 73. Fidelity Canada | A | Dividend | J | T | | | | | |
| 74. Contrafund | A | Dividend | K | T | | | | | |
| 75. Fidelity Bal | A | Dividend | J | T | | | | | |
| 76. Fidelity Growth & Income | A | Dividend | K | T | | | | | |
| 77. Alpine Realty Income | A | Dividend | J | T | | | | | |
| 78. Fidelity International Disc. | A | Dividend | J | T | | | | | |
| 79. Newberger Brennan P/S | A | Dividend | J | T | | | | | |
| 80. Janus Fund | A | Dividend | J | T | | | | | |
| 81. American Century IRA/S & F | A | Dividend | J | T | | | | | |
| 82. (CAPTION) T. ROWE PRICE SEP/IRA | | None | | | (Heading) | | | | |
| 83. Capital Appreciation | A | Dividend | J | T | | | | | |
| 84. (CAPTION) COMMON STOCK HELD BY WACHOVIA | | None | | | (Heading) | | | | |
| 85. Air Products & Chem. | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Alcatel - Lucent | A | Dividend | J | T | | | | | |
| 87.  American International Group | A | Dividend | J | T | | | | | |
| 88.  Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 89.  Arkema | A | Dividend | J | T | | | | | |
| 90.  AT&T | A | Dividend | K | T | | | | | |
| 91.  Autoliv, Inc. | A | Dividend | J | T | | | | | |
| 92.  Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 93.  CISCO Systems | A | Dividend | K | T | | | | | |
| 94.  Citadel Broadcasting | A | Dividend | J | T | | | | | |
| 95.  Coca-Cola | A | Dividend | K | T | | | | | |
| 96.  Covidien, Ltd. | A | Dividend | J | T | | | | | |
| 97.  Fifth Third Bank | A | Dividend | J | T | | | | | |
| 98.  Gartner Group - B | A | Dividend | J | T | | | | | |
| 99.  General Electric | A | Dividend | K | T | | | | | |
| 100.  General Mills | A | Dividend | K | T | | | | | |
| 101.  Halliburton | A | Dividend | J | T | | | | | |
| 102.  Home Depot | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Hospira Inc. | A | Dividend | J | T | | | | | |
| 104. IMS | A | Dividend | | | Redeemed | 2/26/09 | J | C | Wells Fargo |
| 105. Intel Corp. | A | Dividend | J | T | | | | | |
| 106. Janus Cap Group, Inc. | A | Dividend | J | T | | | | | |
| 107. Johnson & Johnson | A | Dividend | M | T | | | | | |
| 108. J. P. Morgan Chase | A | Dividend | J | T | | | | | |
| 109. Kimberly Clark | A | Dividend | K | T | | | | | |
| 110. Limited | A | Dividend | J | T | | | | | |
| 111. LSI Corp. | A | Dividend | J | T | | | | | |
| 112. Masco Corp. | A | Dividend | J | T | | | | | |
| 113. McDonald's Corp. | A | Dividend | L | T | | | | | |
| 114. Medco Health Solutions | A | Dividend | J | T | | | | | |
| 115. Merck & Co. | B | Dividend | L | T | | | | | |
| 116. Motorola | A | Dividend | J | T | | | | | |
| 117. Perot Systems | A | Dividend | J | T | Merged (with line 125) | 12/3/09 | J | A | Wells Fargo |
| 118. Pitney Bowes | A | Dividend | J | T | | | | | |
| 119. Prudential Financial | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Rohm & Hass Co. | A | Dividend | | | Redeemed | 04/09/09 | J | A | Wells Fargo |
| 121. Royal Dutch Petroleum | A | Dividend | K | T | | | | | |
| 122. Sysco Corp. | A | Dividend | L | T | | | | | |
| 123. Tween Brands | A | Dividend | J | T | Merged (with line 125) | 11/30/09 | J | A | Wells Fargo |
| 124. Tyco International | A | Dividend | K | T | | | | | |
| 125. Wells Fargo | A | Dividend | L | T | | | | | |
| 126. Walgreen | A | Dividend | J | T | | | | | |
| 127. Walt Disney | A | Dividend | J | T | | | | | |
| 128. Whole Foods | A | Dividend | J | T | | | | | |
| 129. Zimmer Holdings | A | Dividend | J | T | | | | | |
| 130. COLUMBIA SPECIAL FUND | A | Dividend | J | T | | | | | |
| 131. JANUS OVERSEAS FUND | A | Dividend | J | T | | | | | |
| 132. American Inv FDS European Growth | A | Dividend | K | T | | | | | |
| 133. Federated Kaufman | A | Dividend | J | T | | | | | |
| 134. R S Value Fund | A | Dividend | J | T | | | | | |
| 135. Janus Contrarian *X | A | Dividend | J | T | | 01/09/09 | J | | Inherited - Wells Fargo |
| 136. Neuberger & Berman Equity FD *X | A | Dividend | J | T | | 1/9/2009 | J | | Inherited - Wells Fargo |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Select Am Shares *X | A | Dividend | J | T | | 01/09/09 | J | | Inherited - Wells Fargo |
| 138. Wells Fargo Bank CD | A | Dividend | M | T | Buy | 12/12/09 | M | | Wells Fargo |
| 139. (CAPTION) J. P. MORGAN | | None | | | (Heading) | | | | |
| 140. J. P. Morgan Mid-Cap Value Fund | A | Dividend | K | T | | | | | |
| 141. J. P. Morgan Intrep. Mid-Cap | A | Dividend | K | T | | | | | |
| 142. J. P. Morgan Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 143. J. P. Morgan International Fund | A | Dividend | J | T | | | | | |
| 144. (CAPTION) VANGUARD | | None | | | (Heading) | | | | |
| 145. Growth Index Fund | A | Dividend | J | T | | | | | |
| 146. FIDELITY PORTFOLIO FND. MGR ACCT. (NO CTRL/ASSET SELEC. 1) | C | Dividend | O | T | | | | | |
| 147. FIDELITY PORTFOLIO FND. MGR ACCT. (NO CTRL/ASSET SELEC. 2) | A | Dividend | N | T | Buy | 12/30/09 | N | | Fidelity |
| 148. Manulife Financial *X | A | Dividend | L | T | | 9/23/09 | L | | Inherited - BNY Mellon |
| 149. DFCU CD | A | Interest | M | T | Buy | 11/20/09 | M | | DFCU |
| 150. WELLS FARGO IRA (heading) | | | | | | | | | Heading |
| 151. Janus Contrarian *X | A | Interest | J | T | | 12/12/09 | J | | Inherited - Wells Fargo |
| 152. Rowe T Price *X | A | Interest | J | T | | 12/12/09 | J | | Inherited - Wells Fargo |
| 153. Select Am. Shares *X | A | Interest | J | T | | 12/12/09 | J | | Inherited - Wells Fargo |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/21/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Vanguard Equity Income *X | A | Interest | K | T | | 12/12/09 | K | | Inherited - Wells Fargo |
| 155.  Vanguard Prime Cap *X | A | Interest | J | T | | 12/12/09 | J | | Inherited - Wells Fargo |
| 156.  Vanguard Wellington *X | A | Interest | K | T | | 12/12/09 | K | | Inherited - Wells Fargo |
| 157.  Vanguard Windsor *X | A | Interest | J | T | | 12/12/09 | J | | Inherited - Wells Fargo |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/21/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 04/21/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544